# Challenge to Constitutionality of a State Statute

ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 6:45 PM
CHRISTOPHER A. PRINE
CLERK

This form must be completed by a party filing a petition, motion or other pleading challenging the **constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 6:45:10 PM
CHRISTOPHER A. PRINE
Clerk

**Cause Number** *(For Clerk Use Only):* 15-25-00086-CV     **Court** *(For Clerk Use Only):* 15th Court of Appeals

Styled: City of Grand Prairie et al. VS. State of Texas et al.

(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)

| **Contact information for party\* challenging the constitutionality of a state statute.** (*\*If party is not a person, provide contact information for party, party's representative or attorney.*) | |
|---|---|
| Name: David Overcash | Telephone:  972-712-3530 |
| Address: 2591 Dallas Parkway, Suite 300 | Fax: 972-712-3540 |
| | State Bar No. (if applicable): 24075516 |
| City/State/Zip: Frisco, Texas 75034 | |
| Email: david.overcash@wtmlaw.net | |

☑ Attorney for Party  ☐ Unrepresented Party  ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☑ Petition    ☐ Answer    ☐ Motion (Specify type): _____

☐ Other: _____

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☑ Yes    ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Texas Local Government Code 42.101-.105 & 42.151-156

These statutes unconstitutionally delegate legislative functions to private parties in contravention of the prior Texas Supreme Court decisions, unconstitutionally interfere with contractual relationships, and unconstitutionally deprive local entities with tax revenues by delegating tax policy to private parties, among other defects.

Additional statutory challenges are raised separate and apart from these constitutional concerns.

9/5/13

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Adams on behalf of David Overcash
Bar No. 24075516
cadams@wtmlaw.net
Envelope ID: 101134711
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement - City of Bonham
Status as of 5/22/2025 8:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/21/2025 6:45:10 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 6:45:10 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/21/2025 6:45:10 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/21/2025 6:45:10 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 6:45:10 PM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 5/21/2025 6:45:10 PM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 5/21/2025 6:45:10 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/21/2025 6:45:10 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 5/21/2025 6:45:10 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 5/21/2025 6:45:10 PM | SENT |
| William Thompson | | will@lkcfirm.com | 5/21/2025 6:45:10 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 5/21/2025 6:45:10 PM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 6:45:10 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 6:45:10 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 5/21/2025 6:45:10 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/21/2025 6:45:10 PM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 5/21/2025 6:45:10 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 5/21/2025 6:45:10 PM | SENT |